

# Missouri Court of Appeals
## Southern District

## DECEMBER 2, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.   Case No.  SD32919

    Re:   RAYMOND I. PLASTER,
             Petitioner/Respondent,
             vs.
             MICHELLE A. FOSTER,
             (f/k/a Michelle A. Plaster),
             Respondent/Appellant.

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.   Case No.  SD33072

    Re:   STATE OF MISSOURI,
             Plaintiff-Respondent,
             vs.
             STEVEN JAY TAYLOR,
             Defendant-Appellant.